United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____

Chapter you are filing under
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy      12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a Joint case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks "Do you own a car." the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Kimberly<br>First name<br><br>Middle name<br>Stevens<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Kimberly<br>First name<br><br>Grover<br>Middle name<br>Last name<br><br>First name<br><br>Middle name<br>Last name | First name<br><br>Middle name<br>Last name<br><br>First name<br><br>Middle name<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 0 0 6<br>OR<br>9xx – xx – _____ | xxx – xx – _____<br>OR<br>9xx – xx – _____ |

Debtor 1 _____ M U _____ Middle Name _____ Last Name   Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN _ _ _ – _ _ _ _ _ _ _

EIN _ _ _ – _ _ _ _ _ _ _

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN _ _ _ – _ _ _ _ _ _ _

EIN _ _ _ – _ _ _ _ _ _ _

**5. Where you live**

2017 Harrison
Number   Street

Unit II

Evanston   IL   60201
City   State   ZIP Code

Cook
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number   Street

P.O. Box

City   State   ZIP Code

If Debtor 2 lives at a different address:

Number   Street

City   State   ZIP Code

county

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number   Street

P.O. Box

City   State   ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

Fill in this information to identify your case and this filing:

Debtor 1          Kimberly                                 Stevens
                  First Name         Middle Name           Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name           Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an
  amended filing

## Official Form 106A/B

# Schedule A/B: Property                                                    12/15

In each category, separately list and describe item. List an **asset** only once. If an asset fits in more than one category, **list** the asset **in** the **category** where you think it **fits best**. Be as complete and accurate as possible. If two married people are **filing** together, both are equally responsible for supplying correct information. If more **space** is needed, **attach** a separate sheet to **this** form. On the top of any additional **pages**, write your **name** and case number (if known). Answer every **question.**

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you** own or have any legal or **equitable** interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is R e property?

   , 2017 Harrison Unit 1
     Street address, if available, or other description

     _____

     Evanston              IL.    60201
     City                  State  ZIP Code

     _____
     County

   **What is the property? Check all that apply.**
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☑ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property? Check one.**
   ○ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this** item, such as local
   **property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value **of the** entire property?     Current value **of the** portion you own?
   $    400,000.00         $    400,000.00

   **Describe** the nature **of** your ownership interest (such as fee simple, tenancy by the **entireties**, or a life estate), **if** known.

   Fee Simple

   ☐ Check if this is community property
     (see instructions)

If you **own** or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____
     City              State      ZIP Code

     _____
     County

   **What is the property? Check all that apply.**
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property? Check one.**
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish** to add about this item, such as local
   property **identification** number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value** of the **entire property?**    Current value of the portion you own?
   $_____              $_____

   Describe the nature of your ownership interest (such as fee **simple**, tenancy by the entireties, or a **life** estate), if known.

   ☐ Check if this **is community** property
     (see instructions)

Debtor 1 _____    Case number _____

## Part 2:    Tell the Court About Your Bankruptcy Use

**7    The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8    How you will pay the fee**

☑ I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ I need to pay the fee in installments. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9    Have you filed for bankruptcy within the last 8 years?**

- ● No
- ☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
              District _____  When _____  Case number _____
                                       MM / DD / YYYY
              District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ○ No
- ☐ Yes.  Debtor _____  Relationship to you _____
              District _____  When _____  Case number, if known _____
                                       MM / DD / YYYY

              Debtor _____  Relationship to you _____
              District _____  When _____  Case number, if known _____
                                       MM / DD / YYYY

**11    Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 ___Kimberly_____Stevens_____   Case number (if known)_____

| | | |
|---|---|---|
| First Name | Middle Name | Last Name |

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                        State        ZIP Code

Check the *appropriate* box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business* debtor, see 11 U.S.C. § 101(51D).

If you are *filing under* Chapter 11, the *court* most know whether you are a *small business debtor* so *that* it can set *appropriate* deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own *perishable* goods, or *livestock that* most be fed, or a building *that* needs *urgent* repairs?

☒ No
☐ Yes. What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?  _____

_____

Where is the property?    _____
Number        Street

_____

_____
City                        State        ZIP Code

---

| Debtor 1 | Kimberly | Stevens | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 5:**  Explain Your Efforts to Receive a **Briefing** About **Credit** Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that You receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You **must** check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a** certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy Detition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ Incapacity.  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability.  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a** certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency

☐ **I received a briefing from an approved credit counseling agency within the 180 days before i filed this bankruptcy Detition. but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary** waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you file for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, aiong wim a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ capacity.  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability.  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1 _____    Case number _____
First Name    Middle Name    Last Name

**Part 6:    Answer These Questions for Reporting Purposes**

I    What ____ of debts do    **16a. Are y____ debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8)
____ ?    as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
○ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** Business debts are debts that you incurred to obtain
money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

17. **Are you filing under Chapter 7?**    ☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

18. **How many creditors do you estimate that you owe?**
☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. **How much do you estimate your assets to be worth?**
☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

○ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**
☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
● $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Sign Below**

For you    I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

x _____    x _____
Signature of Debtor 1    Signature of Debtor 2

Executed on __1 / 8 / 2016__    Executed on _____
MM / DD / YYYY    MM / DD / YYYY

Debtor 1 _____    Case number _(if known)_____
First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11. United States Code. and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date    01  08  2016
Signature of Attorney for Debtor                          MM  /  DD  /YYYY

Martin Y. Joseph
Printed name

_____
Firm name

221 N. LaSalle Ste 1906
Number    Street

_____

Chicago                          IL.        60601
City                              state      ZIP Code

Contact phone (312) 749-1693          Email address Martinyjoseph@aol.com

1369553                          IL
Bar number                        State

Debtor 1   Kimberly          Stevens          Case number (if known)
First Name   Middle Name   Last Name

**1.3.**

_____
Street address, if available, or other description

_____

_____
City                    State    ZIP Code

_____

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$_____ | $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................................... ➔   $_____

---

**Part 2:  Describe Your Vehicles**

Do **you** own, lease, or have legal or equitable interest in any vehicles, whether they are **registered** or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: *Executory Contracts* and Unexpired Leases.

3. Cars, vans, trucks, tractors, sport **utility** vehicles, **motorcycles**

☐ No
☒ Yes

**3.1.**  Make:  <u>Honda</u>
Model:  <u>civic</u>
Year:  <u>2008</u>
Approximate mileage:  <u>96000</u>
Other information:

**Who has an interest in the property?** Check one.

O Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the **portion** you own?
$  7,000.00 | $  7,000.00

If you **own** or have more than one, **describe** here:

**3.2.**  Make:  <u>BMW</u>
Model:  <u>5301</u>
Year:  <u>2004</u>
Approximate **mileage:**  <u>128000</u>
Other information:

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$  4,800.00 | $  4,800.00

Debtor 1    Kimberly    Stevens

First Name    Middle Name    Last Name    Case number (if known)

| | | | |
|---|---|---|---|
| 3.3. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | **Approximate** mileage: _____ | ☐ Debtor 1 and Debtor 2 only | Current value of the **entire** property?   Current value of the portion you own? |
| | **Other information:** | ☐ At least one of the debtors and another | |
| | _____ | | |
| | _____ | ☐ Check if this is community property (see instructions) | $_____   $_____ |
| | _____ | | |

| | | | |
|---|---|---|---|
| 3.4. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property?   **Current value of the portion** you own? |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

4. Watercraft **aircraft,** motor homes, ATVs and other **recreational** vehicles, other vehicles, and accessories
   *Examples:* Boats, **trailers,** motors, personal watercraft, fishing vessels, **snowmobiles, motorcycle accessories**
   ☐ No
   ☐ Yes

| | | | |
|---|---|---|---|
| 4.1. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: _____ | ☐ Debtor 1 and Debtor 2 only | Current value of the **entire** property?   Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

If **you own** or have more than one, list here:

| | | | |
|---|---|---|---|
| 4.2. | Make: _____ | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 Only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | Current **value of the entire** property?   Current value of the **portion** you own? |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

5. Add the dollar value of the **portion** you own for all of your **entries from** Part 2, **including** any entries for **pages you** have attached for Part 2. **Write** that number here ........ ➡ $ 11,800.00

Debtor 1     Kimberly          Stevens
       First Name   Middle Name   Last Name          Case number (if known)_____

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods** and furnishings
    Examples Major appliances, furniture, linens, china, kichrnware
    - ☑ No
    - ☑ Yes. Describe.........  Furniture                                      $            300.00

7.  Electronics
    *Examples:* Televisions and radios: audio, video, stereo, and digital equipment: mmputen, **printers,** scanners: music **collections;** electronic devices including cell phones, cameras, media **players,** games
    - ☐ NO
    - ☐ Yes. Describe..........  TV set stereo computer                       $            400.00

8.  Collectibles of value
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, **pictures,** or omer **art** objects; stamp, win, or baseball card **collections;** other mlledions, memorabilia, **collectibles**
    - ☐ No
    - ☐ Yes. Describe..........                                                $_____

9.  **Equipment** for sports and hobbies
    Examples: Sports, photographic, **exercise,** and **other** hobbyequipmenl: bicycles, pool tables, golf dubs, skis: **canoes** and kayaks; carpentry tools: musical instruments
    - ☐ No
    - ☐ Yes. Describe..........                                                $_____

10. **Firearms**
    Examples: **Pistols, rifles, shotguns, ammunition,** and related equipment
    - ☐ No
    - ☐ Yes. Describe.........                                                 $_____

11. **Clothes**
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, **accessories**
    - ☐ No
    - ☑ Yes. Describe.. .......  Everyday clothes                             $            400.00

12. **Jewelry**
    Examples: Everyday **jewelry, costume jewelry,** engagement rings, wedding rings, heirloom jewelry, watches, gems. gold, silver
    - ☐ No
    - ☐ Yes. Describe..........  Ring                                         $          2,000.00

13. **Non-farm** animals
    Examples: Dogs, **cats,** birds, horses
    - ☐ No
    - ☐ Yes. Describe...........                                               $_____

14. **Any** other **personal and** household items you did not already list, including any health aids you did not list
    - ☐ No
    - ☐ Yes. Give specific information. ..............                         $_____

15. Add the dollar value of all of your **entries from** Part 3, **including** any **entries** for pages you have **attached** for Part 3. Write that number here ..........................................➔  | $     3,100.00 |

Debtor 1    Kimberly    Stevens
First Name    Middle Name    Last Name    Case number (if known)

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any **of the** following?

Current value of the portion you own?
Do **not** deduct secured claims or exemptions.

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
O Yes................................................................................................... Cash: .................... $ _____ 100.00

**17. Deposits of money**

Examples. Checking, savings, or other financial accounts; **certificates** of deposit; shares in credit unions, brokerage houses, and other similar **institutions**. If you have multiple accounts with the same instiulion, list each.

☐ No
O Yes....................    Institution name:

| | |
|---|---|
| 17.1. **Checking** account | Hams Bank | $ 200.00 |
| 17.2. Checking amount: | | $ |
| 17.3. Savings **account** | | $ |
| 17.4. Savings account' | | $ |
| 17.5. Certificates of deposit' | | $ |
| 17.6. Omer financial account: | | $ |
| 17.7. **Other** financial **account:** | | $ |
| 17.8. Other financial **account:** | | $ |
| 17.9. Other **financial** amount: | | $ |

**18. Bonds, mutual** funds, or **publicly** traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money **market** acwunts

☐ No
☑ Yes................    Institution or **issuer** name:

| | |
|---|---|
| Valiant Inc. | $ 400.00 |
| | $ |
| | $ |

**is. Non-publicly traded** stock and interests in incorporated and unincorporated **businesses,** including an **interest** in an LLC, **partnership,** and joint venture

☐ No
☐ Yes. Give **specific** information about them........................    Name of entity:    % of ownership:

| | % | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

---

Debtor 1   Kimberly            Stevens
           First Name   Middle Name   Last Name

20. Government and corporate bonds and other **negotiable** and non-negotiable Instruments

Negotiable *instruments* include personal checks, cashiers' checks, promissory **notes,** and money orders
Nonnegotiable *instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☐ Yes. Give specific
information about
them....................

Issuer name:

| | $ |
| --- | --- |
| | $ |
| | $ |

21. **Retirement** or **pension** accounts

Examples: Interests in IRA, ERISA, Keogh. **401(k), 403(b),** thrift savings **accounts,** or other pension or profit-sharing plans

☐ No
☐ Yes. List each
account separately.

| Type of **account:** | **Institution** name: | |
| --- | --- | --- |
| **401(k) or** similar plan: | | $ |
| Pension plan: | Morgan Stanley | $ 120,000.00 |
| IRA: | | $ |
| Retirement **account:** | | $ |
| Keogh: | | $ |
| Additional account: | Valiant Inc. | $ 600.00 |
| Additional account: | | $ |

22. **Security deposits** and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with **landlords,** prepaid rent, public utilities **(electric,** gas, water), telecommunications
**companies,** or others

☐ No
☐ Yes.........................

| Institution name or individual: | |
| --- | --- |
| Electric: | $ |
| Gas: | $ |
| Heating oil: | $ |
| Security **deposit** on rental unit: | $ |
| Prepaid rent: | $ |
| Telephone: | $ |
| Water: | $ |
| Rented **furniture:** | $ |
| Other: | $ |

23. **Annuities** (A wntrad for a periodic payment of money to you, either for life or for a number of years)

☐ No
☐ Yes.........................

| Issuer name and description: | |
| --- | --- |
| | $ |
| | $ |
| | $ |

Debtor 1    Kimberly    Stevens    Case number (if known) _____
First Name    Middle Name    Last Name

24. **Interests** in an education IRA, in an **account** in a **qualified** ABLE program, or under a qualifmd **state tuition** program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No

☐ Yes .................. Institution name and description. Separately file h e records of any **interests**.11 U.S.C. § 521(c):

$_____

$_____

$_____

25. **Trusts, equitable** or M u m **interests** in property (other than **anything** listed **in** line 1**),** and **rights** or powers **exercisable f** a your benefit

☐ No

☐ Yes. Give specific
information about **them**

$_____

28. Patents. copyrights, trademarks, trade secrets, and other intellectual property
Examples: **Internet** domain names, websites, proceeds from royalties and licensing agreements

☐ No

☐ Yes. Give specific
information about them.

$_____

27. **Licenses, franchises,** and **other** general Intangibles
Examples: Building **permits,** exclusive licenses, **cooperative** association holdings, liquor licenses, **professional** licenses

☐ No

☐ Yes. Give **specific**
information about them ...

$_____

**Money or property** *owed* **to** you?

**Current value of the portion you own?**
Do **not** deduct secured claims or exemptions.

26. **Tax** refunds owed to you

☐ No

☑ Yes. Give speafic information
**about** them, including whether
you already filed the returns
and the tax years. .....................

2015 Taxes unknown amount taxes not filed

| | |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. Family support
Examples: Past due or lump sum alimony, **spousal** support, child **support,** maintenance, divorce setlement, property settlement

a No

☑ Yes. Give speafic information.............

Children's tuition payments owed by former husband.

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $ 30,000.00 |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, **sick** pay, vacation pay, workers' **compensation,** **Social** Security **benefits**; unpaid loans you made to someone else

☐ No

☐ Yes. Give **specific** information .............

$_____

Debtor 1  Kimberly            Doreen  Stevens

First Name   Middle Name   Last Name          Case number (if known)

---

31. Interests in Insurance **policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☐ Yes. Give specific information............            $_____

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. .................... possible sexual harassment and sex discrimination cases unknown ,    $_____

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☐ No
☐ Yes. Describe each claim. ...................            $_____

35 Any financial asset you did not already list

☐ No
☐ Yes. Give specific information...........            $_____

36. Add me dollar value of all of your entries from Part 4, Including any entries for pages you have attached
for Part 4. Write that number here .................................................................... ➔   $ 151,300.00

---

**Part 5:**   **Describe** Any Business–Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned

☐ No
☐ Yes. Describe......            $_____

39. Office equipment, furnishings, and supplies
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe......            $_____

---

Debtor 1   Kimberly _____   Case number *(if known)*_____
           First Name   Middle Name   Last Name

40. **Machinery,** fixtures, **equipment,** supplies you use in business, and tools of your trade
☐ No
☐ Yes. Describe.......                                                                    $_____

41. **Inventory**
☐ No
☐ Yes. Describe...                                                                        $_____

42. **Interests** in partnerships or joint ventures
☐ No
☐ Yes. Describe.......   Name of entity:                              % of ownership:
                         _____   ____%   $_____
                         _____   ____%   $_____
                         _____   ____%   $_____

43. Customer **lists,** mailing **lists,** or other compilations
☐ No
☐ Yes. Do your **lists** include personally **identifiable information** (as defined in 11 U.S.C § 101(41A))?
        ☐ No
        ☐ Yes. Describe. .......                                                          $_____

44. **Any** business-related property you did not already list
☐ No
☐ Yes. Give specific
   information .........   _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____

45. Add the dollar value of all of your **entries** from Part 5, including any entries for pages you have attached
    **for** Part 5. **Write that** number here ...........................................➔   $_____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you** own or have any legal or equitable interest in any **farm-** or commercial **fishing-related** property?
☑ No. Go to Part 7.
☐ Yes. Go to line **47.**

**Current** value of the portion you *own?*
Do not **deduct** secured claims or exemptions.

47. Farm animals
Examples: Livestock, poultry, farm-raised fish
☐ No
☐ Yes..........................                                                           $_____

Debtor 1    Kimberly              Stevens
            First Name   Middle Name   Last Name                 Case number (if known)

48. Crops--either growing or **harvested**

☐ No
☐ Yes. Give specific
   information............                                    $_____

49. Farm and fishing **equipment,** implemenb, machinery, fixtures, and tools of trade

☐ No
☐ **Yes** .....................                              $_____

50. **Farm** and fishing supplies, chemicals, and feed

☐ No
☐ Yes.....................                                   $_____

51. **Any** farm- and commercial fishing-related **property** you **did** not already list

☐ No
☐ Yes. Give specific
   information............                                   $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have **attached**
    for Part 6. Write **that** number here                 ➜  $_____

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any **kind** you did not already **list?**
    *Examples:* Season tickets, country club membership

☐ No
☐ Yes. Give specific                                        $_____
   information.............                                 $_____
                                                            $_____

54. **Add** the dollar value of all of your entries from Part 7. Write that number here .........................  ➜  $_____

**Part 8:    List the Totals of Each Part of this Form**

55. Part 1: Total **real estate,** line 2 ........................................ ➜  $    400,000.00

56. **Part** 2: Total vehicles, line 5                       $    11,800.00

57. Part 3: Total personal and household items, **line 15**   $     3,100.00

58. Part 4: Total financial **assets,** line 36              $   151,300.00

59. Part 5: Total business-related property, **line 45**     $_____

60. Part 6: Total farm- and fishing-related property, line 52   $_____

61. Part 7: Total other property not listed, line 54       + $_____

62. **Total** personal property. Add lines 56 through 61. ...............  $   166,100.00   Copy personal property total ➜ + $   166,100.00

63. **Total** of all property on Schedule A/B. Add line 55 + line 62................................................  $   566,100.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | KIMBERLY STEVENS |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number (If known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2 Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount your exemption would be limited to the applicable statutory amount

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which** set of exemptions are you claiming? Check one only, even if your spouse is filing with you,

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on Schedule A/B that you claim as exempt fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Condominium<br>Line from Schedule A/B: 1.1 | $400,000.00 | ☑ $ 15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 5/12-901 |
| Brief description: 2004 BMW<br>Line from Schedule A/B: 3.2 | $4,800.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 5/12 1001 (c) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. Are you claiming a homestead exemption of more than $155,675?

   (Subject to adjustment on 4/01/16 and every 3 years after  that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No

      ☐ Yes

Debtor 1 ___KIMBERLY_____STEVENS_____    Case number _(if known)_ _____
       First Name     Middle Name     Last Name

**Part 2:    Additional Page**

| Brief **description** of the **property** and line on *Schedule A/B* that lists this **property** | Current **value** of the portion you **own**<br><br>Copy the value from Schedule P A | Amount of the exemption you claim<br><br>Check only o m *box for each exemption* | Specific **laws** that **allow** exemption |
|---|---|---|---|
| Brief description: Furniture<br>Line from Schedule A/B: 7 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market **value, up** to any applicable statutory limit | 735 5112 1 **1001** (c) |
| Brief description: Electronics<br>Line from Schedule A/B: 8 | $ 500.00 | ☑ $ 500.00<br>☐ **100%** of fair market value, up to any applicable statutory limit | 735 5112 1 **1001** (c) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 5112 1001 (a) |
| Brief description: Ring<br>Line from Schedule A/B: 12 | $ 2,000.00 | ☐ $ 2,000.00<br>☑ **100%** of fair market value, up to any applicable statutory limit | 735 5112 1 **1001** (c) |
| Brief description: Caah<br>Line from Schedule A/B: 16 | $ 100.00 | ☑ $ 100.00<br>☑ **100% of fair** market value, up to any applicable statutory limit | 735 5112 1 **1001** (c) |
| Brief description: Checking Account<br>Line from Schedule A/B: 17 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, **up** to any applicable **statutory** limit | |
| Brief description: stocks<br>Line from Schedule A/B: 18 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up lo any applicable statutory **limit** | 735 5112 1 **1001** (c) |
| Brief description: Retirement Accounts<br>Line from Schedule A/B: 21 | $ 120,600.00 | ☐ $ _____<br>☑ **100% of** fair market value, up to any applicable statutory limit | 735 5/12 1006 |
| Brief description: Tax refunds<br>Line from Schedule A/B: 27 | $ _____ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 5/12/ 1001 (c) |
| Brief description: Family Support<br>Line from Schedule A/B: 29 | $ _____ | ☐ $ _____<br>☑ 100% of fair **market** value, up to any applicable statutory limit | 735 5112 **(g) (4)** |
| **Brief** description: Causes of actions<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☑ **100%** of fair market value, up to any applicable statutory limit | 735 5/12/ 1001 (c) |
| Brief description: _____<br>Line **from** Schedule A/B: _____ | $ _____ | **O** $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

| | | |
|---|---|---|
| Debtor 1 | Kimberly | Stevens |
| | First Name   Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District Of Illinois

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official **Form 106D**

## Schedule D: Cr      Wh   Have Claims Secured by F                     12/15

Be as complete and accurate as possible. if you married  aople are filing   , b    are    y responsible for supplying correct
Information. If more space is needed, copy the **Additional Page, fill it out,** number the entries, and at   it to **this**   rm. On the top of any
additional pages, write your name and **case** number (if   own).

1. Do any creditors have **claims** secured by your property?
   ☐ No. Check this box and submit this form to h e **court with** your other schedules. You have nothing else to **report** on this **form**
   ☐ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all** secured **claims. If** a creditor has       `he   secured claim, list h e creditor **separately**
   fc  each claim. If m    than one creditor h      a particular claim, list li r c   **creditors** in **Part 2**
   As  much as possible, list the claims in alphabetical order **according** to the **creditor's** name.

| | Column A — Amount of claim   Do not deduct the value of collateral | Column B — Value of collateral that supports this claim | Column C — Unsecured portion if any |
|---|---|---|---|

| 2.1 MB Financial Bank | Describe **the** property that **secures the** claim: | 425,000.00 | 400,000.00 | 25,000.00 |
|---|---|---|---|---|

Creditor's Name
C/o Codilis & Associates
Number   Street
15 W 030 N. Frontage Rd.
Burr Ridge       IL   60527
City           State   ZIP Code

**Debtor's** Condominium
Foreclosure Case 2014 CH 16224

**As** of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who **owes** the **debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of me debtors and another

☐ Check **If** this claim **relates** to a
   community debt

Date **debt** was incurred _____

Nature **of** lien. Check all that apply.
☑ An agreement you made (such as **mortgage** or secured
   car loan)
☐ Statutory lien (such as tax lien, **mechanic's** lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to **offset**) _____

**Last** 4 digits of account number _____

| 2.2 PNC Bank | Describe the property that secures the claim: | 7,000.00 | 7,000.00 | 0.00 |
|---|---|---|---|---|

Creditor's Name

Number   Street
2730 Liberty Avenue
Pittsburgh       PA   15222
City           State   ZIP Code

2008 Honda Civic

**As** of the date you file, the **claim** is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who **owes** the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check **If** this claim **relates** to a
   **community** debt

Date **debt was** incurred _____

Nature **of lien. Check** all that apply
☑ An agreement you made (such as **mortgage** or secured
   car loan)
☐ Statutory lien (such as tax lien, **mechanic's** lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits** of account number _____

Add **the** dollar **value** of your **entries** in Column A on this page. **Write that** number here:   $ 436,000.00

| Debtor 1 | Kimberly | | Stevens |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as **complete** and accurate as **possible**. Use Part **1** for creditors **with** PRIORITY **claims** and Part **2** tor creditors **with** NONPRIORITY **claims**. List the other party to any executory contracts or unexpired leases that could result in a claim. Also **list executory contracts** on Schedule *A/B: Property (Official Form 106A/B)* and on Schedule G; Executory Contracts *and Unexpired Leases (Official* Form 106G). Do not include **any** creditors with partially secured claims that are listed in Schedule D: *Creditors Who Have Claims* Secured by *Property. If more space is needed,* copy the Part you need, fill it out, number the entries in the boxes on the **left.** Attach the Continuation Page to this page On the top of any **additional** pages, write your name and **case** number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority** unsecured **claims** against You?

☑ No. Go to Part 2.

☐ Yes.

2. List **all** of your **priority** unsecured **claims.** If a creditor has more than one priority **unsecured** claim, list the creditor separately for each **claim.** For each claim listed, identify what type of claim it is If a claim has **both** priority and nonpriority amounts, list that claim here and **show both priority** and nonpriority amounts. As **much** as possible, list the claims in **alphabetical** order according to the creditor's name. If you **have** more than two priority **unsecured claims,** fill out the Continuation Page of Part 1. If more than one **creditor** holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the **instructions** for this form in the **instruction** booklet.)

| | | Total claim | **Priority** amount | **Nonpriority** amount |
|---|---|---|---|---|
| **2.1** | | | | |

Priority Creditor's Name

Number       Street

City       State       ZIP Code

Who Incurred the debt? **Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the **debtors** and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☐ No
☐ Yes

**Last 4 digits** of account number \_\_\_\_\_     $\_\_\_\_\_     $\_\_\_\_\_     $\_\_\_\_\_

When was the debt incurred?  \_\_\_\_\_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **PRIORITY** unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| **2.2** | | | | |
|---|---|---|---|---|

Priority Creditor's Name

Number       Street

City       State       ZIP Code

Who **incurred** the debt? **Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the **debtors** and another
☐ Check **if this** claim is for a **community** debt

Is the claim subject to **offset?**
☐ No
☐ Yes

**Last 4 digits** of account number \_\_\_\_\_     $\_\_\_\_\_     $\_\_\_\_\_     $\_\_\_\_\_

When was the debt Incurred?  \_\_\_\_\_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type** of PRIORITY unsecured **claim:**
☐ Domestic support obligations
☐ Taxes and **certain** other debt. you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other Specify _____

Debtor 1    Kimberly    Stevens
First Name    Middle Name    Last Name

Case number (if known)

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any **creditors** have **nonpriority** unsecured **claims against you?**

☐ No. You have nothing to report in **this** part. Submit this **form** to the court **with** your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the** alphabetical order of the creditor who holds each claim. If a creditor has more **than one**
nonpriority unsecured claim **list the creditor separately** for each claim. For each claim **listed, identify** what type of claim it is. Do not **list** claims already
included in Part 1. If more than one **creditor** holds a particular claim, **list** the other creditors in Part 3. **If you have more than three nonpriority** unsecured
claims fill out the **Continuation** Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**

| Barclay's Bank of Deleware | Last 4 digits of account number ___ ___ ___ ___ | $  9,085.00 |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

128 S. West Street
Number    Street

Wilmington                    DE.        19801
City                                state        ZIP Code

*AS* of me date you file, the **claim** is: Check all that **apply.**

Who incurred **the** debt? Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Debtor 1 only**

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At **least** one of me **debtors** and another

T y p of **NONPRIORITY** unsecured claim:

☐ Student bans

☐ Check **if this** claim **is** for a community debt

☐ Obligations arising out of a **separation agreement** or **divorce**
that you did **not report as priority** claims

Is **the** claim subject to **offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

*O* No

☑ Other. Specify **credit card**

☐ Yes

**4.2**

| Citibank CBNA | Last 4 **digits** of account number _____ | $  22,654.00 |
|---|---|---|

Nonpriority Creditor's Name

When was the debt **incurred?** _____

701 E.  60th Street
Number    Street

Sioux Falls                    SD        57104
City                                State        ZIP Code

*AS* of the **date** you file, the claim is: Check all **that** apply.

Who incurred the debt? **Check me .**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Debtor 1 only**

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of me **debtors and another**

**Type of NONPRIORITY** unsecured **claim:**

☐ Student loans

☐ Check **if this** claim is for a **community** debt

☐ Obligations arising out of a separation **agreement** or divorce
that you did not report as priority claims

Is **the** claim **subject to** offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

*O* NO

☑ Other. Specify **credit card**

☐ Yes

**4.3**

| Capital One Bank USA NA | Last 4 **digits** of account number _____ | 7,343.00 |
|---|---|---|

Nonpriority Creditor's Name

When was **the** debt **incurred?** _____

P.O.  Box 30281
Number    Street

Salt Lake City                    UT        84130
City                                State        ZIP Code

As **of** me date you **file,** the claim is: Check all that **apply.**

Who **incurred** the debt? **Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ **Debtor 1 only**

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of me **debtors and another**

**Type of NONPRIORITY** unsecured **Claim:**

☐ student loans

☐ Check **if this** claim is for a **community** debt

☐ Obligations arising out of a separation agreement or **divorce**
that you did **not report** as **priority** claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other **similar** debts

☑ No

☐ Other. Specify **Credit Cards**

☐ Yes

Debtor 1  Kimberly ___ Stevens___
First Name   Middle Name   Last Name

Case number (if known) _____

**Part 2:** Your **NONPRIORITY Unsecured Claims – Continuation** Page

After listing any entries on this page, number them beginning with 44, followed by 45, and so forth.

**Total claim**

### 4.4

Chase Banki One Card **Service**
Nonpriority Creditor's Name

P.O. Box 15296
Number      Street

Wilmington                    DE        19850
City                          State     ZIP Code

Who **incurred** the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a **community** debt

Is the claim subject to offset?

- ☑ No
- ○ Yes

Last **4 digits** of account number _____   $ 6,706.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debt*, lo pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card

---

### 4.5

DSNB/Bloomingdales
Nonpriority Creditor's Name

P.O. 8218
Number      Street

Mason                         OH        45050
City                          State     ZIP Code

Who Incurred the debt? **Check** one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community **debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   607.00

When was the debt Incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising act of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension w profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit card

---

### 4.6

TD Bank USA Target
Nonpriority Creditor's Name

P.O. Box 673
Number      Street

Minneapolis                   MN        55440
City                          State     ZIP Code

Who **incurred** the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a **community** debt

Is the claim subject to offset?

- ☑ No
- ○ Yes

Last 4 digits of account number _____   $ 2,154.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  credit card

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any **entries** on **this** page, number them **beginning with 4.4,** followed by **4.5,** and so forth.                    Total claim

---

**4.7**

**Northshore University Health** System
Nonpriority Creditor's Name

120 S. Ossaso Blvd
Number        Street

St. Paul                    MN        55117
City                        State     ZIP Code

Who **incurred** the debt? **Check** one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of h e **debtors** and another

☐ Check if this claim is for a community debt

Is the claim **subject** to **offset?**

- ☑ NO
- ☐ Yes

Last 4 **digits** of **account** number _____     $   517.00

Whan was the dabt **incurred?** _____

**As** of **the** date you **file,** the claim **is:** Check ailmat apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured **claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or **divorce** mat you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical

---

**4.8**

Mira Med Revenue Group
Nonpriority Creditor's Name

Dept 77304 P.O. Box  77000
Number        Street

Detroit                    MI        48277
City                        State     ZIP Code

Who incurred the **debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At **least** one of the **debtors** and another

☐ Check **if** this claim **is** for a community debt

Is the claim subject to **offset?**

- ☑ NO
- ☐ Yes

Last 4 **digits** of **account** number _____     $   200.00

When was the debt **incurred?** _____

**As** of the date you **file,** the ckim **is:** Check all mat **apply.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured **daim:**

- ☐ Student **loans**
- ☐ Obligations arising out of a separation agreement or **divorce** that you did **not** report as priority **daims**
- ☐ Debts to **pension** or profit-sharing **plans, end** other similar **debts**
- ☐ Other. Specify  Medical/Northwestern Hospital

---

**4.9**

University of Missouri **Healthcare**
Nonpriority Creditor's Name

P.O. Box 807003
Number        Street

Kansas City                MO.       64180
City                        State     ZIP Code

Who incurred the debt? **Check** one.

- ☐ Debtor 1 only
- ☐ Dabtor 2 only
- ☐ Debtor 1 and **Debtor** 2 only
- ☐ At least one of h a **debtors** and another

☐ Check **if** this claim la for a **community** debt

Is the **claim** subject to **offset?**

- ☑ NO
- ☐ Yes

Last 4 **digits** of account number _____     $   133.00

When **was** the debt **incurred?** _____

As of the date you **file,** the claim **is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured **daim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce mat you did **not** report as priority claims
- ☐ Debts to pension or profit-sharing piens, and other similar debts
- ☑ Other. Specify  Medical

---

Debtor 1 _____

First Name    Middle Name    Last Name    Case number (if known)_____

After **listing** any **entries** on **this** page, number **them** beginning **with** 44, followed by 45, **and so** forth.

Total **claim**

### 4▢ University physicians

Nonpriority Creditor's Name

P.O. Box 808945

Number    Street

Kansas City,    MO    64180

City    State    ZIP Code

Who **incurred** the **debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check **if this** claim is for a community debt

Is the claim subject to **offset?**

☑ No
☐ Yes

Last **4 digits** of account number ___ _____

When was the **debt** incurred? _____

As of the date you file, the claim **is: Check** all that **apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation **agreement or divorce** that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Medical__

$ 12.00

### 4▢ TJWSYNCB Attn: Bankruptcy Dept

Nonpriority Creditor's Name

P.O. Box 965060

Number    Street

Orlando.    FL    32896

City    State    ZIP Code

Who incurred the debt? **Check** one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check If this claim **is** for a **community** debt

Is the claim subject to **offset?**

☑ No
☐ Yes

Last 4 **digits** of **account** number _____

When was the debt **incurred?** _____

As of the date you **file**, the claim la: **Check** all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit card__

$ 4,454.00

### 4▢ Northwestern Medicine

Nonpriority Creditor's Name

28155 Network Place

Number    Street

Chicago    IL    60673

City    State    ZIP Code

Who **incurred** the debt? **Check** one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of me debtors and another

☐ Check **if this** claim la for a **community** debt

Is the claim subject **to offset?**

☑ No
☐ Yes

Last **4 digits** of **account** number _____ ___

When was h e debt incurred? _____

As of the date you **file**, the claim is: **Check** all that **apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing debts. and other similar debts
☐ Other. Specify __Medical__

$ 75.00

Debtor 1 _____ _____ _____
First Name    Middle Name    Last Name

Case number (if known)_____

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After **listing** any **entries** on this page, number **them** beginning with **4.4, followed** by 4.5, and so forth.

**Total** claim

| 4.4 | | |
|---|---|---|

Comenity **Bank/Limite**
Nonpriority Creditor's Name

P.O. Box 1827RG
Number      Street

Columbus        OH      43218
City            State   ZIP Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim **is for a community debt**

**Is** the claim **subject** to offset?
- ☐ No
- ☑ Yes

**Last** 4 **digits** of account number _____

**When was** the debt incurred? _____

**As** of the date you **file**, the claim **is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY **unsecured** claim:
- ○ Student loans
- ☐ Obligations arising out of a seperation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit card

$ 6,641.00

| 4.5 | | |
|---|---|---|

**Bruning** 8 Associates
Nonpriority Creditor's Name

333 Commercial Drive Suite900
Number      Street

Chicago,        IL.     60014
City            State   ZIP Code

Who incurred the **debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check **if this** claim **is** for a **community** debt

Is the claim subject to **offset?**
- ☑ No
- ☐ Yes

**Last** 4 **digits** of account **number** _____

**When was** the debt **incurred?** _____

As of the **date** you **file,** the claim **is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured **claim:**
- ☐ Student loans
- ☐ Obligations arising out of a seperation agreement or divorce that you did not **report** as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ○ Other. Specify Attorney fees

$ 6,000.00

| ☐ | | |
|---|---|---|

_____
Nonpriority Creditor's Name

_____
Number      Street

_____
City            State   ZIP Code

Who incurred the debt? **Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check **if this** claim **is for a** community debt

Is the claim subject **to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of** the date you **file,** the claim **is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured **claim:**
- ☐ student loans
- ☐ Obligations arising out of a seperation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$_____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Kimberly | | Stevens |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for me. **Central District of Illinois**

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executor~ ontrac  and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If two **married people** are filing **together, both** are equally **responsible** for supplying **correct information. If** more space is needed, copy the **additional** page. **fill it** out number We **entries,** and **attach it to this page.** On the too of anv addiiionalpages, write your name and **case** number **(if known).**

1. Do **you** ham any **executory** contracts or unexpired leases?
   ☑ No. Check this box and file this form with the court **with** your other **schedules.** You have **nothing** else to report on Ris form.
   ☐ Yes. Fill in all of Re information below even if the contracts or kases are listed on *Schedule A/B: Property* (OfficialForm 106A/B).

2. **List separately** each person or company **with** whom you have the contract or lease. Then state what each contract or lease **is** for (for example, rent, vehicle lease, **cell** phone). See Re instructions for lhis **form in the instruction** booklet for more examples of **executory** contacts and unexpired kases.

**Person** or company **with** whom you have the contract or lease    State what **the contract** or lease is for

**2.1**
| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.2**
| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.3**
| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.4**
| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

**2.5**
| | | | |
|---|---|---|---|
| Name | | | |
| Number | Street | | |
| City | | State | ZIP Code |

Fill in this information to identify your case:

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Kimberly | | Stevens |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

O No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that p w m.

Name of your spouse, former spouse, or legal equivalent

_____
Number          Street

_____
City                    State              ZIP Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1**
Name

_____
Number          Street

_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**
Name

_____
Number          Street

_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**
Name

_____
Number          Street

_____
City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____